IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-216-BO

| | |
|---|---|
| FRANKLIN CANADY, JR., )<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | ORDER |

ORDER

This cause comes before the Court following petitioner's failure to respond to an order of the Court. [DE 28]. Due to petitioner's failure to respond, and it appearing that the relief which petitioner sought, namely release from custody, has been accomplished, *see* https://www.bop.gov/inmateloc/ (last visited October 26, 2016), petitioner's motion pursuant to 28 U.S.C. § 2255 and motion to void judgment [DE 19 & 22] are hereby DISMISSED without prejudice. The government's motion to dismiss [DE 25] is MOOT.

SO ORDERED, this 26 day of October, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE